# IN THE SUPREME COURT OF THE STATE OF NEVADA

VISION AIRLINES, INC., A NEVADA CORPORATION,
Appellant,
vs.
CLARK COUNTY DEPARTMENT OF AVIATION; NORTH LAS VEGAS JUSTICE COURT; AND THE HONORABLE KALANI K. HOO, JUSTICE OF THE PEACE,
Respondents.

No. 76511

FILED

JUN 06 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL AS ABANDONED

On December 12, 2018, this court granted counsel for appellant's motion to withdraw and gave appellant 30 days to retain new counsel and cause new counsel to file a notice of appearance with this court. The order cautioned appellant that it may not appear without counsel. NRAP 46A(b)(2). Appellant did not respond. Because the settlement judge advised this court that appellant was involved in bankruptcy proceedings, on February 20, 2019, and March 25, 2019, this court issued orders directing the parties to file status reports regarding the bankruptcy proceedings and whether appellant had retained new counsel. Although respondents and the bankruptcy trustee responded to our orders, appellant did not.

Appellant has been given more than ample opportunity to retain new counsel, yet has not responded to this court's orders.

19-24689

Accordingly, it appears that appellant has abandoned this appeal. We therefore dismiss this appeal as abandoned.[1]

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver


cc:   Hon. Mark B. Bailus, District Judge
      M. Nelson Segel, Settlement Judge
      Reid Rubinstein Bogatz
      CV3 Legal
      Attorney General/Las Vegas
      Clark County District Attorney/Civil Division
      Atkinson Law Associates, Ltd.
      Vision Airlines, Inc. c/o Bill Acor, President and CEO
      Eighth District Court Clerk

---

[1] In light of this disposition, respondents' request to dismiss this appeal is denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A